# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH LEMOINE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-4967** |
| **DARREL VANNOY, WARDEN** | **SECTION "I"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the objection by plaintiff, Joseph Lemoine, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Joseph Lemoine's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of March, 2018.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**